# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No.: 15-11912-C

HOME DESIGN SERVICES, INC.,

Plaintiff-Appellant,

v.

TURNER HERITAGE HOMES INC. et al.,

Defendants-Appellees.

Appeal from the United State District Court for the
Northern District of Florida
District Court No.: 4:08-cv-00355-MCR-CAS

## MOTION FOR EXTENSION OF TIME TO FILE
## OBJECTIONS TO APPELLEES' REQUESTED ATTORNEYS' FEES

Appellant Home Design Services, Inc. ("HDS") by and through its undersigned counsel, respectfully requests that this Court enter an appropriate Order granting Appellant an extension of time to file its objections to Appellees' itemized request for attorneys' fees in the above-captioned matter. This request is based on the following grounds:

1. On October 6, 2016, Appellees (collectively "THH") filed a motion seeking an order of entitlement to attorneys' fees in the above-captioned appeal. In

the motion, THH inadvertently failed to submit the documentation required by 11th Cir. R. 39-2(b). On its own initiative, this Court granted THH a *sua sponte* extension of time to submit the required documentation.

2. On October 25, 2016, THH filed the required documentation under Rule 39-2(b). In response, HDS inadvertently failed to submit its objections to the specific amount of fees requested by THH, as required under Rule 39-2(c).

3. Through this motion, HDS, seeks leave of the Court to file objections to Appellees' requested attorneys' fees.

4. Appellant certifies that counsel undersigned has conferred with opposing counsel and is authorized to represent that THH does not agree to the relief requested in this motion. Counsel undersigned further certifies that Appellees will not be prejudiced by the relief sought in this motion and that this motion has been brought in good faith and not for any improper purpose, such as delay.

## **PRAYER FOR RELIEF**

For the foregoing reasons, Appellant Home Design Services, Inc. respectfully requests that this Court enter an appropriate Order granting leave for Appellant to file its objections to Appellees' requested attorneys' fees, within forty-eight (48) hours of this Court's Order permitting such extension.

Dated this 21st day of November, 2016.

/s/Jon D. Parrish, Esq.
Jon D. Parrish, Esq.
Florida Bar No. 984329
Parrish, White & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph 239/566-2013; Fax 239/566-9561
jonparrish@napleslaw.us
Primary e-mail: ply@napleslaw.us
Secondary e-mail: karlaschooley@napleslaw.us
*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Appellant's counsel certifies that the Certificate of Interested Parties previously provided to the Court in this Appeal is complete and accurate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Brian R. Gilchrist, Esq., [bgilchrist@addmg.com] Jeffrey S. Boyles, Esq. [jboyles@addmg.com] and Ryan Thomas Santurri, Esq., [rsanturri@addmg.com] Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., 255 S Orange Ave, Suite 1401, Orlando, Florida 32802-3460.

/s/Jon D. Parrish, Esq.
Jon D. Parrish, Esq.